UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK, National Association, as
successor-in-interest to RBC BANK
(USA), as successor-in-interest to
COMMUNITY BANK OF NAPLES,
N.A., a national banking association,

    Plaintiff,

v.                                                                                  Case No. 2:13-cv-280-FtM-29UAM

FRP, LLC, a Florida limited liability
company; RAY F. ANDERSON; FRANK
J. RUBINELLI; PETER E. SHOUP; and
RICHARD A. VETTER,

    Defendants.
_____ /

### JOINT CASE MANAGEMENT REPORT OF THE PARTIES

Plaintiff, PNC BANK, National Association, as successor-in-interest to RBC BANK (USA), as successor-in-interest to COMMUNITY BANK OF NAPLES, N.A., a national banking association ("PNC" or "Plaintiff"), and Defendants FRP, LLC, RAY F. ANDERSON, FRANK J. RUBINELLI, PETER E. SHOUP, and RICHARD A. VETTER (collectively "Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(f) and M.D. Fla. L.R. 3.05(c)(2), having conducted a joint scheduling conference on June 19, 2013, hereby submit their Joint Case Management Report as follows:

### Local Rule 3.05(c)(2)(C) Report Topics

**(i)**    **Case Management Meeting**

A meeting of the parties was held on June 19, 2013 at 2:30pm (EST). The meeting was attended by:

    John R. Hart
    M. Derek Harris

27429670.4

**CARLTON FIELDS, P.A.**
*Attorneys for Plaintiff*

Lawrence E. Pecan
**Marshall Grant, P.L.**
*Attorney for Defendants*

    **(ii)**     **Pre-Discovery Disclosures of Core Information**

The Parties have agreed to exchange all information required by Fed. R. Civ. P. 26(a), within ten (10) days from the date of filing this report.

    **(iii)**     **Discovery Plan**

The Parties shall conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and the scheduling timeline for Track Two Cases. The proposed dates and deadlines agreed to by the parties are as follows:

| | |
|---|---|
| a. Deadline for parties to exchange Initial Disclosures | Friday, July 19, 2013 |
| b. Deadline to file motions for leave to amend, file third party claims, and join parties | Friday, August 9, 2013 |
| c. Deadline for Plaintiff's designation of experts | Friday, August 16, 2013 |
| d. Deadline for Defendants' designation of experts | Friday, August 30, 2013 |
| e. Deadline to designate rebuttal experts | Friday, September 13, 2013 |
| f. Deadline to serve written discovery requests | Friday, August 16, 2013 |
| g. Deadline for responding to written discovery requests | Wednesday, September 18, 2013 |
| h. Deadline to complete all fact discovery | Friday, October 18, 2013 |
| i. Deadline for the filing of all dispositive motions | Monday, November 18, 2013 |
| j. Deadline to complete mediation | Friday, October 25, 2013 |
| k. Deadline to complete all expert discovery | Monday, October 14, 2013 |
| l. Deadline to meet to prepare Joint Pretrial Statement | Monday, December 2, 2013 |
| m. Deadline to file Joint Pretrial Statement | Thursday, December 12, 2013 |

| | |
|---|---|
| n. Deadline for the filing of pretrial motions, including motions in limine and Daubert motions | Friday, December 20, 2013 |
| o. Final Pretrial conference | Friday, December 20, 2013 |
| p. Trial period commences | Monday, January 13, 2014 |

The parties further propose and agree that each party may take no more than ten depositions per side (not per party). Fed. R. Civ. P. 30(a)(2)(A); Fed. R. Civ. P. 31(a)(2)(A); Local Rule 3.02(b). Absent leave of Court, the parties may serve no more than twenty-five interrogatories, including sub-parts. Fed. R. Civ. P. 33(a); Local Rule 3.03(a). Absent leave of Court or stipulation of the parties each deposition is limited to one day of seven hours. Fed. R. Civ. P. 30(d)(2). The parties may agree by stipulation on other limits on discovery.

**(iv)     Alternative Dispute Resolution**

The Parties have met and are engaging in ongoing settlement discussions. However, at this time, the parties cannot provide an assessment of the likelihood of resolving this case through informal settlement negotiations or mediation.

**(v)     Need for Preliminary Pretrial Conference Before Entry of Case Management and Scheduling Order**

The Parties have conferred and agree that there is not a need for a pretrial conference in this case before entry of a case management scheduling order.

Dated:  July 9, 2013.                    Respectfully submitted,

By:  /s/ John R. Hart
John R. Hart
Florida Bar No. 612553
E-mail: jhart@carltonfields.com
M. Derek Harris
Florida Bar No. 097071
E-mail: mdharris@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Attorneys for Plaintiff, PNC BANK, National Association, as successor-in-interest to RBC BANK (USA), as successor-in-interest to COMMUNITY BANK OF NAPLES, N.A., a national banking association*

By:  /s/ Lawrence E. Pecan
JOE M. GRANT
Florida Bar No. 137758
E-mail: jgrant@marshallgrant.com
LAWRENCE E. PECAN
Florida Bar No. 99086
E-mail:  lpecan@marshallgrant.com
**Marshall Grant, P.L.**
197 S. Federal Highway, Suite 300
Boca Raton, Florida 33432
561.672.7580 Main
561.756.9471 Direct
561.672.7581 Facsimile

*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing filing was served via ECF on the following counsel this 9th day of July, 2013:

    Lawrence E. Pecan, Esquire
    Joe M. Grant, Esquire
    Marshall Grant, PL
    197 South Federal Highway, Suite 300
    Boca Raton, FL 33432
    lpecan@marshallgrant.com
    *Counsel for Defendants*

    By: /s/ John R. Hart
        John R. Hart
        Florida Bar No.: 612553